(130 So. 530)

### Jake MULLINS v. STATE.
### 8 Div. 249.

Supreme Court of Alabama.
Oct. 23, 1930.

C. P. Almon, of Florence, and Travis Williams, of Russellville, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM.

Petition of Jake Mullins for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Mullins v. State (8 Div. 147) 130 So. 527.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.